IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES ERNEST GANDY, JR. | : | 1:20CR40-1 |
| JAMIE VICTORIOUS GANDY | : | 1:20CR40-2 |

The Grand Jury charges:

## COUNT ONE

On or about February 7, 2016, in the County of Davidson, in the Middle District of North Carolina, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY knowingly made and presented to the Internal Revenue Service, an agency of the United States, a claim against the United States for payment, which each then knew to be materially false, fictitious, and fraudulent, that is, by preparing and causing to be prepared, and filing and causing to be filed, a 2015 U.S. Individual Income Tax Return, Form 1040, for an individual whose initials are T.H., wherein, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY claimed an income tax refund was due T.H. in the amount of $5,483.00, knowing that T.H. was not entitled to such refund; in violation of Title 18, United States Code, Sections 287 and 2.

## COUNT TWO

On or about February 14, 2016, in the County of Davidson, in the Middle District of North Carolina, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY knowingly made and presented to the Internal Revenue Service, an agency of the United States, a claim against the United States for payment, which each then knew to be materially false, fictitious, and fraudulent, that is, by preparing and causing to be prepared, and filing and causing to be filed, a 2015 U.S. Individual Income Tax Return, Form 1040, for an individual whose initials are K.C., wherein, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY claimed an income tax refund was due K.C. in the amount of $4,698.00, knowing that K.C. was not entitled to such refund; in violation of Title 18, United States Code, Sections 287 and 2.

## COUNT THREE

On or about March 9, 2016, in the County of Davidson, in the Middle District of North Carolina, JAMIE VICTORIOUS GANDY knowingly made and presented to the Internal Revenue Service, an agency of the United States, a claim against the United States for payment, which she then knew to be materially false, fictitious, and fraudulent, that is, by preparing and causing to be prepared, and filing and causing to be filed, a 2015 U.S. Individual Income Tax Return, Form 1040, for an individual whose initials are H.W., wherein,

2

JAMIE VICTORIOUS GANDY claimed an income tax refund was due H.W. in the amount of $4,946.00, knowing that H.W. was not entitled to such refund; in violation of Title 18, United States Code, Sections 287 and 2.

## COUNT FOUR

On or about January 17, 2017, in the County of Davidson, in the Middle District of North Carolina, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY knowingly made and presented to the Internal Revenue Service, an agency of the United States, a claim against the United States for payment, which each then knew to be materially false, fictitious, and fraudulent, that is, by preparing and causing to be prepared, and filing and causing to be filed, a 2016 U.S. Individual Income Tax Return, Form 1040, for an individual whose initials are W.N., wherein, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY claimed an income tax refund was due W.N. in the amount of $5,676.00, knowing that W.N. was not entitled to such refund; in violation of Title 18, United States Code, Sections 287 and 2.

## COUNT FIVE

On or about January 17, 2017, in the County of Davidson, in the Middle District of North Carolina, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY knowingly made a materially false statement to Republic Bank and Trust Company, the accounts of which were then insured

3

Case 1:20-cr-00040-CCE   Document 1   Filed 01/31/20   Page 3 of 13

by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of said bank in granting and making a rapid refund loan, in that JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY stated that a person whose initials are W.N. was entitled to an income tax refund in the amount of $5,676.00 and had applied for a rapid refund loan from Republic Bank and Trust Company, when in truth and fact, as each then well knew, W.N. was not entitled to such income tax refund and had not applied for a rapid refund loan from Republic Bank and Trust Company; in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT SIX

On or about January 17, 2017, in the County of Davidson, in the Middle District of North Carolina, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: False Statement to a Bank, in violation of Title 18, United States Code, Section 1014, as alleged in Count Five and incorporated by reference herein, knowingly did possess and use, without lawful authority, a means of identification of another person, that is, the name and Social Security number of a person whose initials are W.N.; in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT SEVEN

On or about January 31, 2017, in the County of Davidson, in the Middle District of North Carolina, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY knowingly made and presented to the Internal Revenue Service, an agency of the United States, a claim against the United States for payment, which each then knew to be materially false, fictitious, and fraudulent, that is, by preparing and causing to be prepared, and filing and causing to be filed, a 2016 U.S. Individual Income Tax Return, Form 1040, for an individual whose initials are D.B., wherein, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY claimed an income tax refund was due D.B. in the amount of $5,168.00, knowing that D.B. was not entitled to such refund; in violation of Title 18, United States Code, Sections 287 and 2.

## COUNT EIGHT

On or about January 31, 2017, in the County of Davidson, in the Middle District of North Carolina, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY knowingly made a materially false statement to Republic Bank and Trust Company, the accounts of which were then insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of said bank in granting and making a rapid refund loan, in that JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY stated that

5

a person whose initials are D.B. was entitled to an income tax refund in the amount of $5,168.00 and had applied for a rapid refund loan from Republic Bank and Trust Company, when in truth and fact, as each then well knew, D.B. was not entitled to such income tax refund and had not applied for a rapid refund loan from Republic Bank and Trust Company; in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT NINE

On or about January 31, 2017, in the County of Davidson, in the Middle District of North Carolina, and elsewhere, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: False Statement to a Bank, in violation of Title 18, United States Code, Section 1014, as alleged in Count Eight and incorporated by reference herein, knowingly did possess and use without lawful authority, a means of identification of another person, that is, the name and Social Security number of a person whose initials are D.B.; in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT TEN

On or about February 2, 2017, in the County of Davidson, in the Middle District of North Carolina, JAMIE VICTORIOUS GANDY knowingly made and presented to the Internal Revenue Service, an agency of the United States,

6

a claim against the United States for payment, which she then knew to be materially false, fictitious, and fraudulent, that is, by preparing and causing to be prepared, and filing and causing to be filed, a 2016 U.S. Individual Income Tax Return, Form 1040, for an individual whose initials are S.C., wherein, JAMIE VICTORIOUS GANDY claimed an income tax refund was due S.C. in the amount of $5,291.00, knowing that S.C. was not entitled to such refund; in violation of Title 18, United States Code, Sections 287 and 2.

## COUNT ELEVEN

On or about February 4, 2017, in the County of Davidson, in the Middle District of North Carolina, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY knowingly made and presented to the Internal Revenue Service, an agency of the United States, a claim against the United States for payment, which each then knew to be materially false, fictitious, and fraudulent, that is, by preparing and causing to be prepared, and filing and causing to be filed, a 2016 U.S. Individual Income Tax Return, Form 1040, for an individual whose initials are T.W., wherein, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY claimed an income tax refund was due T.W. in the amount of $4,632.00, knowing that T.W. was not entitled to such refund; in violation of Title 18, United States Code, Sections 287 and 2.

7

## COUNT TWELVE

On or about February 4, 2017, in the County of Davidson, in the Middle District of North Carolina, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY knowingly made a materially false statement to Republic Bank and Trust Company, the accounts of which were then insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of said bank in granting and making a rapid refund loan, in that JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY stated that a person whose initials are T.W. was entitled to an income tax refund in the amount of $4,632.00 and had applied for a rapid refund loan from Republic Bank and Trust Company, when in truth and fact, as each then well knew, T.W. was not entitled to such income tax refund and had not applied for a rapid refund loan from Republic Bank and Trust Company; in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT THIRTEEN

On or about February 4, 2017, in the County of Davidson, in the Middle District of North Carolina, and elsewhere, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: False Statement to a Bank, in violation of Title 18, United States Code, Section 1014, as alleged in

8

Count Twelve and incorporated by reference herein, knowingly did possess and use, without lawful authority, a means of identification of another person, that is, the name and Social Security number of a person whose initials are T.W.; in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT FOURTEEN

On or about January 2, 2017, in the County of Davidson, in the Middle District of North Carolina, JAMIE VICTORIOUS GANDY knowingly made and presented to the Internal Revenue Service, an agency of the United States, a claim against the United States for payment, which she then knew to be materially false, fictitious, and fraudulent, that is, by preparing and causing to be prepared, and filing and causing to be filed, a 2016 U.S. Individual Income Tax Return, Form 1040, for an individual whose initials are K.G., wherein, JAMIE VICTORIOUS GANDY claimed an income tax refund was due K.G. in the amount of $5,883.00, knowing that K.G. was not entitled to such refund; in violation of Title 18, United States Code, Sections 287 and 2.

## COUNT FIFTEEN

On or about January 2, 2017, in the County of Davidson, in the Middle District of North Carolina, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY knowingly made a materially false statement to Republic Bank and Trust Company, the accounts of which were then insured

9

by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of said bank in granting and making a rapid refund loan, in that JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY stated that a person whose initials are K.G. was entitled to an income tax refund in the amount of $5,883.00 and had applied for a rapid refund loan from Republic Bank and Trust Company, when in truth and fact, as each then well knew, K.G. was not entitled to such income tax refund and had not applied for a rapid refund loan from Republic Bank and Trust Company; in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT SIXTEEN

On or about January 2, 2017, in the County of Davidson, in the Middle District of North Carolina, and elsewhere, JAMES ERNEST GANDY, JR., and JAMIE VICTORIOUS GANDY, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: False Statement to a Bank, in violation of Title 18, United States Code, Section 1014, as alleged in Count Fifteen and incorporated by reference herein, knowingly did possess and use, without lawful authority, a means of identification of another person, that is, the name and Social Security number of a person whose initials are K.G.; in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

10

## FORFEITURE ALLEGATION

1. The allegations contained in Counts Five, Eight, Twelve, and Fifteen of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

2. Pursuant to Title 18, United States Code, Section 982(a)(2), upon conviction of one or more of the offenses charged in Counts Five, Eight, Twelve, and Fifteen of this Indictment, the defendant JAMES ERNEST GANDY, JR., shall forfeit to the United States any property, real or personal, which constitutes or is derived from, proceeds traceable to or obtained, directly or indirectly, as the result of such violations. The property to be forfeited includes but is not limited to a money judgment in an amount equal to the total amount subject to forfeiture as a result of the offenses of which the defendant is convicted.

3. Pursuant to Title 18, United States Code, Section 982(a)(2), upon conviction of one or more of the offenses charged in Counts Five, Eight, Twelve, and Fifteen of this Indictment, the defendant JAMIE VICTORIOUS GANDY shall forfeit to the United States any property, real or personal, which constitutes or is derived from, proceeds traceable to or obtained, directly or indirectly, as the result of such violations. The property to be forfeited includes but is not limited to a money judgment in an amount equal to the total amount

subject to forfeiture as a result of the offenses of which the defendant is convicted.

4. If, as a result of any act or omission of the defendants, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person or entity;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Section 982(a)(2), Title 21, United States Code, Section 853(p), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: January 31, 2020

MATTHEW G.T. MARTIN
United States Attorney

BY: FRANK J. CHUT, JR.
Assistant United States Attorney

A TRUE BILL:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
FOREPERSON

13